# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

GEORGE CINTROI DAVIS,                )
                                     )
        Plaintiff,                   )
                                     )
                                     )
Vs.                                  )    Case No. CIV-17-645-M
                                     )
KELLY COLLINS, et al.,               )
                                     )
        Defendants.                  )

## ORDER

On September 5, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought by Plaintiff pursuant to 42 U.S.C. § 1983. The Plaintiff was ordered to pay an initial partial filing fee or show good cause for his failure to do so. The Plaintiff did neither after being given several opportunities to do so. The Plaintiff was advised of the possibility of dismissal for failure to comply with the Court's orders. The Plaintiff was also advised of his right to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 11] issued by the Magistrate Judge on September 5, 2017, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED** this 13th day of October, 2017.

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE